IN RE RESIGNATION OF SCHILLING.

[Cite as In re Resignation of Schilling (1989), 43 Ohio St. 3d 605.]

(No. 89-652—Submitted May 3, 1989—Decided May 24, 1989.)

The resignation of George Lewis Schilling, Jr. as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.